393 A.2d 1298

Suto v. Gasvoda et ux., Appellants.

Argued April 18, 1978.   Gilbert S. Merritt, Jr., with him Shostak, Merritt & Purcell, for appellants;   N. Fisher, with him Fred C. Trenor, for appellee.

Order affirmed.